IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GUIDEONE ELITE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-08-727-D |
| SOUTHERN NAZARENE UNIVERITY, *et al*., | ) ) ) | |
| Defendants. | ) ) | |

**O R D E R**

Defendant Southern Nazarene University's Motion to Re-Seal Exhibits [Doc. No. 14] is DENIED. The Court finds insufficient reason to revisit its prior ruling that the exhibits should be unsealed. Further, there is a "strong presumption in favor of public access to judicial records." *Mann v. Boatwright*, 477.3d 1140, 1149 (10th Cir. 2007). The Court concurs with the opinion expressed by Judge Heaton in *Coker v. Hartford Life Ins*., Case No. CIV-06-911-HE, Order at 6 (W.D. Okla. Feb. 21, 2007), that any effort to seal materials filed or otherwise used in deciding a case should be permitted only if the litigants' legitimate privacy interests outweigh the substantial interest of the public in full disclosure of the basis of judicial decisions. Upon consideration, the Court adheres to its previous determination that there is insufficient privacy interest in the exhibits at issue to outweigh the public's interest in openness under the circumstances.

IT IS THEREFORE ORDERED that Defendant Southern Nazarene University shall comply with the Order of November 14, 2008, unsealing Exhibits 2, 3, 5 and 6 to Defendant's Motion to

Dismiss within one (1) business day from the date of this Order.

IT IS SO ORDERED this  24th   day of November, 2008.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE